10/4/000@8:30AM

# THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

## 341 MEETING MINUTES AND TRUSTEE'S RECOMMENDATION FOR CONFIRMATION

00 SEP -8 AM 9: 07

TIME: *10:39*

DEBTOR NAME: ENOC TORRES LAGARES     RECEIVED AND FILED

CASE NO. 00-08952-ESP
TAPE NO. *1B O.T*

*RODOLFO R HNDZ RAMOS*
ATTORNEY FOR DEBTOR

1) DEBTOR:
   - ✓ PRESENT
   - ___ NOT PRESENT
   - ___ SPOUSE NOT PRESENT

2) DEBTOR EXAMINED UNDER OATH
   - ✓ YES
   - ___ NO

3) DEBTOR'S ATTORNEY *Julie Rey*
   - ✓ PRESENT *D. Morson*
   - ___ NOT PRESENT

4) COMPLETED SCHEDULES:
   - ___ FILED
   - ✓ NOT FILED

5) CREDITORS:
   - ✓ PRESENT   _____
   - ___ NOT PRESENT
   *Summary - Costello* _____
   _____
   _____

6) PLAN: DATED *August 9, 2000*
   BASE $*18,000.* .00
   - ___ HAS BEEN FILED
   - ✓ HAS NOT BEEN FILED

7) MEETING:
   - ✓ CLOSED
   - ___ CONTINUED
   - ___ NOT HELD

8) FIRST PAYMENT DUE: *Not due yet*

9) DEBTOR'S ATTORNEY STATEMENT
   - ✓ HAS BEEN FILED
   - ___ HAS NOT BEEN FILED

10) CONFIRMATION HRG: Wed Oct 04, 2000
    8:30 AM

================================================================

[ ] FEASIBILITY 11 USC SEC 1325(A)(6)
[ ] UNFAIR DISCRIMINATION SEC 1322(b)
[ ] FAILS DISPOSABLE INCOME TEST
[ ] INSUFFICIENTLY FUNDED SEC 1325(b)
[ ] FAILS LIQUIDATION VALUE TEST SEC 1325(A)(4)
[ ] AMENDED PLAN, SCHEDULES OR EXEMPTION

[ ] OPINION/APPRAISAL OF VALUE W/PHOTO 45 DAYS
[ ] INCLUDE OR CHANGE SSN
[ ] ADDRESS CHANGE
[ ] MONTHLY REPORTS
[ ] MTD, 10 DAYS IF NO PAYMENT

[ ] NON-EXEMPT EQUITY: $ _____ *0*

================================================================

## TRUSTEE'S RECOMMENDATION FOR CONFIRMATION

[ ] FAVORABLE AT 341                    [✓] UNFAVORABLE

*Provide copies of IRS (Social Security) Tax Returns*

_____
TRUSTEE OR PRESIDING OFFICER

September 6, 2000
DATE

*9:12 w 10:30b*